No. 810.  EDWARD JEFFERSON BRYAN, PLAINTIFF IN ERROR, *v.* LOUISVILLE & NASHVILLE RAILROAD COMPANY.  In error to the United States Circuit Court of Appeals for the Eighth Circuit.  Motion to dismiss or affirm submitted March 4, 1918.  Decided March 18, 1918.  *Per Curiam.*  Dismissed for want of jurisdiction upon the authority of *Bagley* v. *General Fire Extinguisher Co.*, 212 U. S. 477; *Merriam Co.* v. *Syndicate Publishing Co.*, 237 U. S. 618; *Shulthis* v. *McDougal*, 225 U. S. 561; *Hull* v. *Burr*, 234 U. S. 712, 720; *Norton* v. *Whiteside*, 239 U. S. 144, 146–147.  Petition for writ of certiorari denied.

*Mr. Shepard Barclay* for plaintiff in error.  *Mr. Henry L. Stone, Mr. Edward S. Jouett* and *Mr. Harold R. Small* for the defendant in error.